# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

LYLE RYMAN,

    Petitioner,

v.                                       CASE NO. 5:05cv184-RH/WCS

JOSE BARRON, WARDEN,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 17), to which no objections have been filed. The report and recommendation correctly concludes that petitioner is entitled to no relief, both because he failed properly to exhaust his administrative remedies, and because his claim is in any event unfounded on the merits. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is dismissed with prejudice." The clerk shall enter judgment and close the file.

SO ORDERED this 10th day of July, 2006.

                                                     s/Robert L. Hinkle
                                                   Chief United States District Judge